PROB 12B  
(7/93)

Report Date: May 23, 2006

## United States District Court

**FILED IN THE**  
**U.S. DISTRICT COURT**  
**EASTERN DISTRICT OF WASHINGTON**

for the

**MAY 3 1 2006**

Eastern District of Washington

JAMES R. LARSEN, CLERK  
_____DEPUTY  
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Barbara J Charley                Case Number: 2:02CR02116-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 6/17/2003              Type of Supervision: Supervised Release

Original Offense: Distribution of Controlled Substance, Mixture of Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 3/3/2004

Original Sentence: Prison - 18 Months; TSR - 36 Months

Date Supervision Expires: 3/2/2007

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

18    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

### CAUSE

On April 5, 2006, Ms. Charley was cited for open container by the Washington State Patrol. On May 8, 2006, Okanogan County District Court imposed a $101 fine. Ms. Charley has scheduled a drug and alcohol assessment at the Yakama Indian Nation Drug and Alcoholism Program on May 25, 2006 . Ms. Charley has agreed to comply with treatment recommendations. She has also agreed to add the special condition of abstaining from alcohol to include testing in addition to refraining from entering any establishment were alcohol is the primary item of sale.

Prob 12B
Re: Charley, Barbara J
May 23, 2006
Page 2

Respectfully submitted,

by *[signature]*
Jose Zepeda
U.S. Probation Officer
Date: May 23, 2006

---

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Signature of Judicial Officer

May 31, 2006
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

   I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

18   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____   Signed: _____
         Jose Zepeda                           Barbara J Charley
         U.S. Probation Officer                Probationer or Supervised Releasee

                     May 23, 2006
                        Date